UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY, | No. 2:20-cv-1013 CKD P |
| Petitioner, | |
| v. | ORDER |
| RALPH DIAZ, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Examination of the request to proceed in forma pauperis reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the petitioner is not entitled to relief. The court has conducted that review.

In his petition, petitioner challenges the findings from three separate prisoner disciplinary proceedings. Because petitioner may only challenge one such finding per habeas petition, see Rules Governing Section 2254 Cases, Rule (2)(e), the habeas petition will be dismissed with leave to amend. In the amended petition, petitioner may only challenge findings from one

1

prisoner disciplinary proceeding. If petitioner wishes to challenge findings from other proceedings, he must initiate separate action(s).

Accordingly, IT IS HERBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis (ECF No. 6) is granted.

2. Petitioner's petition for a writ of habeas corpus is dismissed.

3. Petitioner is granted 30 days within which to file an amended petition for writ of habeas corpus that complies with the terms of this order. Failure to file an amended petition within 30 days will result in a recommendation that this action be dismiss.

4. The Clerk of the Court is directed to send petitioner the court's form-application for a writ of habeas corpus by California prisoners.

Dated: July 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
murp1013.114

2