XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARIA G. CHAN, State Bar No. 192130
Supervising Deputy Attorney General
JANINE W. BOOMER, State Bar No. 267204
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7527
 Fax: (916) 322-8288
 E-mail: Janine.Boomer@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONRELL D. MURPHY,**<br><br>Petitioner,<br><br>v.<br><br>**RALPH DIAZ,**<br><br>Respondent. | 2:20-cv-01013-TLN-CKD (HC)<br><br>**ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE** |

Petitioner is a state prisoner, proceeding without counsel, with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Respondent's Second Request for an Extension of Time to File a Response.

Good cause appearing, IT IS HEREBY ORDERED:

1. Respondent's Second Request for an Extension of Time to File a Response is granted;

2. Respondent's response to the Petition is due on or before February 4, 2021; and

3. If Respondent files an Answer to the Petition, Petitioner may file a Traverse within thirty days of the date of service of Respondent's Answer. If Respondent moves to dismiss, Petitioner must file an Opposition or Statement of Non-Opposition within

twenty-one days of the date of service of Respondent's motion.

Dated:  December 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE